

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-15-00198-CV

**IN RE** David B.T. **MYRICK** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

On April 2, 2015, relator David B.T. Myrick Jr. filed a petition for writ of mandamus with an emergency motion for temporary relief. The court has considered relator's petition, the response filed on behalf of the real party in interest and relator's reply and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The temporary stay previously issued by this court on April 7, 2015, is LIFTED.

It is so **ORDERED** on May 26, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14847B, styled *Janice Moody v. Linda Moody, Elizabeth Moody, W.L. Moody V, Edna M. Archer, David B.T. Myrick, Kathryn K. Pacheco, and Haden M. Beardsley*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex M. Emerson, presiding.